UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED ARAB SHIPPING COMPANY
(S.A.G.),

                    Plaintiff,

-against-

AFRICAN SHIPPING & FORWARDING CO.
LTD. and GABRIEL GEORGE HADDAD,

                    Defendants.

07 Civ. 2932 (RJH)

**ORDER**

    By Order dated April 12, 2007, the Court granted the application of plaintiff United Arab Shipping Company (S.A.G.) authorizing a Maritime Attachment and Garnishment as to defendant(s) herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court, or any other proceedings since the entry of the Attachment and Garnishment Order. Accordingly, it is hereby:

    **ORDERED** that plaintiff inform the Court by March 14, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket; and it is further

    **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       February 5, 2008

                                              Richard J. Holwell
                                              United States District Judge