UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED ARAB SHIPPING COMPANY
(S.A.G.),

                        Plaintiff,

-against-

AFRICAN SHIPPING & FORWARDING CO.
LTD. and GABRIEL GEORGE HADDAD,

                        Defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

07 Civ. 2932 (RJH)

**ORDER**

    By order dated February 5, 2008, this Court ordered plaintiff to inform the Court as to the status of this matter by March 14, 2008, and stated that if no timely response was received, the Court may dismiss the action for failure to prosecute.

    As the Court has received no response to the February 5, 2008 Order, this action is dismissed. The clerk is requested to close the case.

SO ORDERED.

Dated: New York, New York
        April 7, 2008

                                                                     Richard J. Holwell
                                                               United States District Judge